FILED
MISSOULA, MT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

2006 JUN  2  PM 3 13

MISSOULA DIVISION

PATRICK E. DUFFY

BY _____

ALEXANDRIA NICOLE TUCKER          )      CV 02-54-M-DWM      DEPUTY CLERK
                                  )
            Plaintiff,            )
                                  )      ORDER
      vs.                         )
                                  )
RICK DAY, MIKE MAHONEY,           )
JAMES WAGNER, MARWAN SABA,        )
All in their individual,          )
and/or official capacities.       )
                                  )
            Defendants.           )
_____)

On April 28, 2006, United States Magistrate Judge Leif B. Erickson entered Findings and Recommendation on this matter.

Defendant's second motion to dismiss (doc. 43) is granted because neither Kris Elder, as the executor of Tucker's estate, nor anyone else has appeared on Tucker's behalf on this action within ninety days of notice of death. As no one has filed a motion for substitution, Fed. R. Civ. P. 25(a)(1) calls for dismissal of the action as to the deceased party.

Based on the foregoing reasons, this Court adopts Judge Erickson's Findings and Recommendation in full.

Accordingly, **IT IS HEREBY ORDERED:**

Defendants' second motion to dismiss (doc. 43) is **GRANTED** and the case should be **DISMISSED WITHOUT PREJUDICE.**

DATED this _2_ day of June, 2006.

_____
Donald W. Molloy, Chief Judge
United States District Court